IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:13-bk-04667-PMG
CHAPTER 13

IN RE:

THEODORE R. KING, and
BRENDA C. KING

      Debtor(s).

## SUGGESTION OF DEATH OF CO-DEBTOR

Counsel for the Debtors, THEODORE R. KING & BRENDA C. KING, respectfully notifies this Honorable Court that the Co-Debtor, THEODORE R. KING, died on October 15, 2014, as reflected by the attached Certificate of Death (Social Security Number & Cause of Death redacted).

Hence, this case should be dismissed as to the Co-Debtor, THEODORE R. KING and continue as to the Debtor, BRENDA C. KING.

Respectfully submitted,

TODD W. HENRY, ESQUIRE
Florida Bar No.: 0077003
1555 Kingsley Avenue, Suite 405
Orange Park, FL 32073
Telephone: (904) 264-6776
Attorney for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachment has been furnished to THE OFFICE OF THE UNITED STATES TRUSTEE, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801 and DOUGLAS NEWAY, TRUSTEE, PO Box 4308, Jacksonville, FL 32201-4308; by electronic notice or United States Mail first class postage prepaid this 30th day of October, 2014.

TODD W. HENRY, ESQUIRE
Florida Bar No.: 0077003
1555 Kingsley Avenue, Suite 405
Orange Park, FL 32073
Telephone: (904) 264-6776
Attorney for the Debtors

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014144470  
**DATE ISSUED:** October 20, 2014  
**STATE FILE DATE:** October 20, 2014

### DECEDENT INFORMATION
NAME: THEODORE ROBERT KING

DATE OF DEATH: October 15, 2014  
SEX: MALE  
AGE: 060 YEARS  
DATE OF BIRTH: October 29, 1953  
SSN: [redacted]  
BIRTHPLACE: JACKSONVILLE, FLORIDA, UNITED STATES  
PLACE WHERE DEATH OCCURRED: INPATIENT  
FACILITY NAME OR STREET ADDRESS: BAPTIST MEDICAL CENTER  
LOCATION OF DEATH: JACKSONVILLE, DUVAL COUNTY, 32207

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: MARRIED  
SPOUSE (IF FEMALE, MAIDEN NAME): BRENDA C FULLERTON  
RESIDENCE: 5136 RAVENWOOD DRIVE, GREEN COVE SPRINGS, FLORIDA 32043, UNITED STATES  
COUNTY: CLAY  
OCCUPATION, INDUSTRY: DIRECTOR OF CHILD SUPPORT, CLAY COUNTY CLERK'S OFFICE  
RACE: X White  ___Black or African American  ___Asian Indian  ___Chinese  ___Filipino  ___Native Hawaiian  
___American Indian or Alaskan Native--Tribe:  ___Japanese  ___Korean  ___Vietnamese  
___Guamian or Chamorro  ___Samoan  ___Other Pacific Isl:  
___Other Asian:  ___Other:  ___Unknown  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED  EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION
FATHER: WILLIAM KING  
MOTHER: ADELE HOINSKY  
INFORMANT: BRENDA C KING  
RELATIONSHIP TO DECEDENT: WIFE  
INFORMANT'S ADDRESS: 5136 RAVENWOOD DRIVE, GREEN COVE SPRINGS, FLORIDA 32043, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: CLAY CREMATORY  
MIDDLEBURG, FLORIDA  
METHOD OF DISPOSITION: CREMATION  
FUNERAL DIRECTOR/LICENSE NUMBER: DAVID L. BROADUS, F047207  
FUNERAL FACILITY: BROADUS-RAINES FUNERAL HOME F040015  
501 SPRING ST, GREEN COVE SPRINGS, FLORIDA 32043

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 hr): 2129  
CERTIFIER'S NAME: ROBERT JAY STILL  
CERTIFIER'S LICENSE NUMBER: ME59783  
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED



THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.  
State Registrar  
REQ: 2015343509

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1948 (03-13)



*31286507*

CERTIFICATION OF VITAL RECORD


Florida HEALTH